# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**KRISTEN MARIE SZATMARY,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-1698

[September 23, 2021]

Appeal from the County Court for the Nineteenth Judicial Circuit, Indian River County; Nicole P. Menz, Judge; L.T. Case No. 212021MM00122A.

Kristen Marie Szatmary, Vero Beach, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, DAMOORGIAN and GERBER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***